812 A.2d 1226

**Margarita VALENCIA, Petitioner,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (UNITED SLEEP PRODUCTS), Respondent.**

Supreme Court of Pennsylvania.

Dec. 24, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of December, 2002, the Petition for Allowance of Appeal is granted, limited to

Whether Section 306(a.2) of the Pennsylvania Workers' Compensation Act requires that the party seeking to defend a Petition to Review an impairment rating evaluation prove that the physician who testified on its behalf possess the necessary qualifications which are set forth in the Act in order for the WCJ to rely upon this evidence.